IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 3 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01075-WYD-KMT

UNITED STATES OF AMERICA,

Petitioner,

v.

LADONNA MULLINS,

Respondent.

## FINAL ENFORCEMENT ORDER

Having considered the United States' Petition to Enforce Internal Revenue Service Summons and accompanying exhibits, this Court finds as follows:

1. On October 15, 2007, the Internal Revenue Service ("IRS") issued a summons to LaDonna Mullins (hereafter "Respondent").

2. The IRS summons was issued to Respondent for a legitimate purpose — to obtain information concerning the determination of the federal income tax liability for the years ending 2003, 2004, 2005 and 2006.

3. The above-listed tax periods were specified in the IRS summons served on Respondent.

4. The testimony, records, and documents demanded by the IRS summons are not in the possession of the IRS.

1

5. The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

6. As indicated in the Declaration of Service (Doc. 3), Respondent was served on May 30, 2008 with an Order to Show Cause that was issued by the Court on May 27, 2008 and a copy of the Petition.

7. As of this date, Respondent has failed to comply with the IRS summons.

8. Respondent has failed to show sufficient cause as to why she should not be ordered to comply with the IRS summons.

IT IS THEREFORE ORDERED that Respondent shall comply with and obey the IRS summons served upon her by appearing at the IRS office at 56 Inverness Drive East, Englewood, Colorado 80112 before Revenue Officer John Owens, telephone number (720) 956-4308 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than _November 7_, 2008, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the IRS summons.

Upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of the Petitioner.

Dated this 3rd day of September, 2008.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL
UNITED STATES DISTRICT JUDGE